CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ZAHID SABRI,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*,

Defendants.

Case No. 4:25-cv-09503-HSG

**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER**

The parties submit this joint status report regarding Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status and Form I-730, Refugee/Asylee Relative Petition. On March 16, 2026, the Court granted the parties' request to stay proceedings until July 29, 2026, in light of United States Citizenship and Immigration Services ("USCIS") scheduling an interview on Plaintiff's Form I-730 petition for March 31, 2026. *See* Dkt. No. 15. Ms. Eisha Latif, Plaintiff's Form I-730 beneficiary, was scheduled for the March 31, 2026, interview, however, the interview was postponed due to the results of Ms. Latif's medical report. The agency rescheduled and interviewed Ms. Latif and three child beneficiaries on July 13, 2026. Following the interview, the agency issued supplemental questions and requested additional information. Once the agency receives responses and requested information, the agency will conduct background checks.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 28, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 29, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 29, 2026

*/s/ Stefanos Georgousopoulos*
STEFANOS GEORGOUSOPOULOS
SYG Law Firm, Inc.
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/30/2026

HON. HAYWOOD S. GILLIAM JR.
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.