CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZAHID SABRI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-09503-HSG<br><br>**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties submit this joint status report regarding Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status and Form I-730, Refugee/Asylee Relative Petition. On July 30, 2026, the Court granted the parties' request to stay proceedings until September 28, 2026, to allow Plaintiff time to respond to the agency's information requests and to allow the agency time to conduct background checks once Plaintiff's responses are received. *See* Dkt. No. 17. The agency is presently reviewing the status of Plaintiff's responses, and the parties have conferred and agree to continue the stay of proceedings to allow the agency additional time to review.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 28, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: September 28, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Pamela T. Johann[1]
PAMELA. T. JOHANN
Assistant United States Attorney

Attorneys for Defendant

Dated: September 28, 2026

/s/ Stefanos Georgousopoulos
STEFANOS GEORGOUSOPOULOS
SYG Law Firm, Inc.
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/28/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.