CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ZAHID SABRI,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*,

Defendants.

Case No. 4:25-cv-09503-HSG

**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER**

The parties submit this joint status report regarding Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status and Form I-730, Refugee/Asylee Relative Petition. On September 28, 2026, the Court granted the parties' request to stay proceedings until October 28, 2026, to allow the agency additional time to review to review the status of Plaintiff's responses. *See* Dkt. No. 20. The agency is continuing to review the status of Plaintiff's responses, and the parties have conferred and agree to continue the stay of proceedings for a brief period of time to allow the agency additional time to review.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until November 10, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: October 28, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*[1]
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants

Dated: October 28, 2026

*/s/ Stefanos Georgousopoulos*
STEFANOS GEORGOUSOPOULOS
SYG Law Firm, Inc.
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/29/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.